JOHN SARNICKI, PETITIONER-PETITIONER, v. HATFIELD WIRE AND CABLE DIVISION OF CONTINENTAL COPPER AND STEEL INDUSTRIES, INC., RESPONDENT-RESPONDENT.

*Mr. Emanuel Gersten* for the petitioner.

*Mr. Isidor Kalisch* for the respondent.

June 11, 1962.

ROBERT J. NEILLEY, PLAINTIFF-PETITIONER, v. JOSEPH P. WINBERRY, DEFENDANT-RESPONDENT.

*Messrs. Breslin & Breslin* for the petitioner.

*Messrs. Sellinger & Chester* for the respondent.

June 11, 1962.